FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LA

2009 APR 23  A 10: 06

BY DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN AMBROSE | C.A. NO. 01-555-D-M3 |
| VERSUS | JUDGE BRADY |
| VULCAN MATERIALS COMPANY, ET AL | MAGISTRATE JUDGE DALBY |

### JUDGMENT OF DISMISSAL WITH PREJUDICE

Upon the stipulation of Plaintiff and Defendants to dismiss this action, with prejudice;

**IT IS ORDERED** that this action and all of the claims and/or causes of action asserted by Plaintiff against Defendants be and are hereby dismissed, with prejudice, with each party to bear its own costs.

Baton Rouge, Louisiana, this 22nd of April, 2009.

JUDGE, U. S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
JAMES J. BRADY